The Honorable Richard A. Jones
The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                   Plaintiff,<br><br><br>                   v.<br><br>SUMMIT ASSET STRATEGIES INVESTMENT MANAGAMENT, LLC, et al.,<br><br>                   Defendants, | NO. CV15-1429RAJ<br><br>**NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>                   v.<br><br>CHRIS YOUNG YOO,<br><br><br>                   Defendant.. | NO. CR17-0075TSZ<br><br>**NOTICE OF RELATED CASE** |

The United States of America respectfully submits the following Notice of Related Case pursuant to Local Rule CrR 13(b):

U.S. v. YOO – Notice of Related Case - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    On September 4, 2015, the United States Securities and Exchange Commission

2  ("SEC") filed a civil complaint alleging that defendant Chris Yoo and entities under his

3  control engaged in securities fraud in connection with Yoo's promotion of investment

4  funds known as Summit Stable Value Fund ("SSVF") and Summit Strategic

5  Opportunities Fund I ("SSOF").  The case was assigned to the Honorable Richard A.

6  Jones.  The proceeding was resolved through a settlement, and on November 6, 2015,

7  Judge Jones entered a final judgment against Yoo and others imposing monetary

8  penalties and injunctive relief.

9    On March 13, 2017, the United States Attorney filed an Information charging Yoo

10  with one count of wire fraud in violation of Title 18, United States Code, Section 1343,

11  and one count of making a false statement to the United States in violation of Title 18,

12  United States Code, Section 1001.  The matter was assigned cause number CR17-0075

13  and assigned to the Honorable Thomas S. Zilly.  Yoo entered a guilty plea on March 20,

14  2017, and is scheduled for sentencing on June 22, 2017.

15    The criminal charges allege that Yoo engaged in fraud in connection with the

16  same investment funds (SSVF and SSOF) at issue in the SEC litigation.  The wire fraud

17  charge differs from the SEC's allegations in that, whereas the SEC alleged that Yoo

18  misappropriated money from the SSVF and SSOP funds (thereby victimizing clients who

19  had invested in these funds), the wire fraud charge alleges that, with respect to certain

20  victims, Yoo failed to even invest his clients' money in the funds as promised, and

21  instead spent the money for his own purposes.  The false statement charge relates directly

22  to the SEC litigation, as it arises out of false information Yoo provided to the SEC in

23  connection with that litigation.  Furthermore, the parties have agreed that a sentencing

24  enhancement should be applied in the criminal case pursuant to USSG § 2B1.1(b)(9)

25  because the defendant violated a judicial order in the SEC case.

26  //

27  //

28

U.S. v. YOO – Notice of Related Case - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Accordingly, as directed by Local Rule CR13(b), the United States hereby

provides notice to the Court that the two matters captioned above involve common issues

of fact.

DATED:  March 21, 2017.


ANNETTE L. HAYES
United States Attorney


*s/ Seth Wilkinson*
SETH WILKINSON

Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington, 98101-1271

U.S. v. YOO – Notice of Related Case - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  (CR17-0075TSZ)

I hereby certify that on March 21, 2017, I filed the foregoing with the Clerk of the Court. (CV15-1429RAJ)

*/s/ Kylie Noble*
KYLIE NOBLE
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2520
Fax: (206) 553-4440
E-mail: kylie.noble@usdoj.gov

U.S. v. YOO – Notice of Related Case - 4