UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHRIS YOUNG YOO,<br><br>        Defendant. | CR17-75 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion, docket no. 52, for leave to file an overlength brief, is GRANTED. Defendant's 19-page motion for compassionate release, docket no. 53, will be considered. The Government's response, if any, shall not exceed 19 pages in length. Any reply shall not exceed 10 pages in length.

(2) Defendant's motion, docket no. 54, to seal is GRANTED. Exhibits D and D-1, docket nos. 55 and 55-1, to defendant's motion for compassionate release, shall remain under seal.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of September, 2020.

                                                          William M. McCool
                                                          Clerk

                                                          s/Karen Dews
                                                          Deputy Clerk

MINUTE ORDER - 1