UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRIS YOUNG YOO,<br><br>  Defendant. | CR17-75 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion, docket no. 59, for leave to file an overlength brief, is STRICKEN as moot. By Minute Order entered September 14, 2020, docket no. 56, the Government was permitted to file a response not to exceed 19 pages in length to defendant's motion for compassionate release. The Government's response, docket no. 60, was only 17 pages in length.

(2) The Government's motion to seal, docket no. 61, is GRANTED, and Exhibit 3 to the Government's response, containing Bureau of Prisons Health Services records, docket no. 62, shall remain under seal.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1